UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00756 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 31, 2013 |
| v. | ) ) | |
| JOSHUA ROSENTHAL and JEFFREY WELLER, | ) ) ) | |
| Defendants. | ) ) | |

The parties jointly requested that this matter be set for change of plea and sentencing on January 31, 2013 at 10:00 a.m. The defendants have agreed that the Court may review the pre-plea Presentence Investigation Reports even though they have not yet pleaded guilty.

**IT IS HEREBY ORDERED** that this matter as to defendants Joshua Rosenthal and Jeffrey Weller is set for change of plea and sentencing on January 31, 2013 at 10:00 a.m.

Time under the Speedy Trial Act is tolled from October 25, 2012 to January 31, 2013 under 18 U.S.C. § 3161(h)(1)(G) based on the Court's consideration of the proposed plea agreements.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare Presentence Investigation Reports for both defendants.

DATED:_10/25/12_____    _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 31, 2013
No. CR-12-00756 SBA