TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Joshua Rosenthal

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00756 |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING DEFENDANT JOSHUA ROSENTHAL'S CONDITIONS OF RELEASE |
| vs | |
| Joshua Rosenthal, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record through their attorneys that the conditions of release shall be modified to permit defendant Rosenthal to travel to the Eastern District of California to attend his grandmother's 98th birthday celebration over the weekend of December 14, 2012 to December 16, 2012, after notifying Pretrial Services where he will be staying and providing a contact phone number.  This request has been approved by Pretrial Services.

//

//

1

Dated: December 6, 2012

                                                /s/
                            TED W. CASSMAN,
                            Arguedas, Cassman & Headley, LLP

Dated: December 6, 2012

                                                /s/
                            AARON WEGNER,
                            Asst. U.S. Attorney

## ORDER

Based upon the parties' stipulation and for good cause shown, it is so ordered.

Dated: December 7, 2012

KANDIS A. WESTMORE,
United States District Court Judge