UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA ROSENTHAL and<br>JEFFREY WELLER,<br><br>    Defendants. | No. CR-12-00756 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 23, 2013 |

The parties have jointly requested that this matter be set for change of plea in front of Magistrate Judge Kandis Westmore on January 23, 2013 at 9:30 a.m. It is so **ORDERED**.

DATED:_1/10/13

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 23, 2013
No. CR-12-00756 SBA