MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
JEFFREY WELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00756 SBA |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR SENTENCING** |
| JEFFREY WELLER, | |
| Defendants. | |

It is hereby stipulated and agreed by Michael Stepanian, counsel for Jeffrey Weller, and Assistant United States Attorney Aaron Wegner, that the sentencing in the above case which is presently set for Thursday, February 7, 2013 at 10:00 a.m. be continued to March 12, 2013 at 10:00 a.m.  This continuance is at the request of the defense for further research for sentencing.

///

///

///

U.S. Probation Officer Karen Mar has been advised of this request and has no objection.

                                                Respectfully submitted,

Date: January 24, 2013          /s/ Michael Stepanian
                                     MICHAEL STEPANIAN
                                     Counsel for Defendant
                                     Jeffrey Weller

Date: January 24, 2013          /s/ Aaron D. Wegner
                                     AARON D. WEGNER
                                     Assistant United States Attorney

   SO ORDERED:

Date: January  25 , 2013         *Saundra B Armstrong*
                                     SAUNDRA B. ARMSTRONG
                                     United States District Court Judge