TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Joshua Rosenthal

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-00756 SBA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING FOR DEFENDANT JOSHUA ROSENTHAL |
| vs | |
| Joshua Rosenthal, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record, with the concurrence of the Probation department, that the sentencing hearing in the above-referenced matter should be continued from February 7, 2013, to April 9, 2013 at 10:00 a.m. The continuance is necessary because Mr. Rosenthal was hospitalized from January 12, 2013 through January 20, 2013 for treatment of a severe infection that is expected to require on going follow-up medical care for approximately two months.

//

//

1

Dated: January 24, 2013

                          /s/
                          TED W. CASSMAN,
                          Arguedas, Cassman & Headley, LLP

Dated: January 24, 2013

                          /s/
                          AARON WEGNER,
                          Asst. U.S. Attorney

## ORDER

Based upon the parties' stipulation and for good cause shown, it is so ordered.

Dated: January 25, 2013

                          SAUNDRA B. ARMSTRONG,
                          United States District Court Judge