MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
JEFFREY WELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00756 SBA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING** |
| JEFFREY WELLER, | |
| Defendant. | |

It is hereby stipulated and agreed by Michael Stepanian, counsel for Jeffrey Weller, and Assistant United States Attorney Aaron D. Wegner, that the sentencing hearing in the above-referenced case, which is presently set for Thursday, May 9, 2013 at 10:00 a.m., be continued to June 11, 2013 at 10:00 a.m. This continuance is at the request of the defense due to scheduling conflicts.

///

///

U.S. Probation Officer Karen Mar has been advised of this request and has no objection.

Respectfully submitted,

Date: March 28, 2013   /s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
Jeffrey Weller

Date: March 28, 2103   /s/ Aaron D. Wegner
AARON D. WEGNER
Assistant United States Attorney

SO ORDERED:

Date: March 29 , 2013   *Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge