TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Joshua Rosenthal

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00756 SBA |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING FOR DEFENDANT JOSHUA ROSENTHAL |
| vs. | |
| Joshua Rosenthal, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record, with the concurrence of the Probation department, that the sentencing hearing in the above-referenced matter should be continued from May 17, 2013, 2013 to July 2, 2013 at 10:00 a.m. The continuance is necessary to accommodate the schedules of counsel and the Court.

//

//

Dated: May 18, 2013

          /s/
TED W. CASSMAN,
Arguedas, Cassman & Headley, LLP

Dated: May 18, 2013

          /s/
AARON WEGNER,
Asst. U.S. Attorney

## ORDER

Based upon the parties' stipulation and for good cause shown, it is so ordered.

Dated: May 20, 2013

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG,
United States District Court Judge